MARY KATE SULLIVAN (State Bar No. 180203)
ALISA A. GIVENTAL (State Bar No. 273551)
LASZLO LADI (State Bar No. 265564)
ll@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — FRESNO DIVISION

| | |
|---|---|
| ROBERTO DANCIL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; WELLS FARGO BANK, N.A., and DOES 1 through 100 INCLUSIVE,<br><br>　　　　Defendant. | Case No. 2:18-cv-00557-WBS-KJN<br><br>**JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND [~~PROPOSED~~] ORDER**<br><br>Complaint Served:　　　March 14, 2018<br>Orig. Response Deadline:　April 6, 2018<br>New Response Deadline:　May 4, 2018<br>Prop. Response Deadline:　June 1, 2018 |

Pursuant to United States District Court, Eastern District of California, Civil Local Rule 144(a), which requires Court approval for any extension to respond to the initial complaint beyond 28 days, plaintiff Roberto Dancil Richardson ("Plaintiff") and defendant Wells Fargo Bank, N.A. ("Wells Fargo"), hereby jointly move for an extension for Wells Fargo to file its responsive pleading based on the following facts:

　　1.　Plaintiff served the complaint on March 14, 2018;

　　2.　Wells Fargo's deadline to respond to the complaint was April 6, 2018;

　　3.　Plaintiff and Wells Fargo entered into a stipulation to postpone the response deadline to May 4, 2018;

　　4.　Plaintiff and Wells Fargo are engaged in settlement discussions and believe that they

can resolve their dispute if an additional 28-day extension is granted by the Court;

5. Plaintiff and Wells Fargo therefore move jointly to extend for the second time Wells Fargo's deadline to respond to the Complaint to June 1, 2018.

DATED: May 3, 2018          SAGARIA LAW, P.C.


By: _____*/s/ Elliot W. Gale*_____
          Elliot W. Gale

Attorneys for Plaintiff ROBERTO DANCIL


DATED: May 3, 2018          Respectfully submitted,

                            SEVERSON & WERSON
                            A Professional Corporation


By: _____*/s/ Laszlo Ladi*_____
          Laszlo Ladi

Attorneys for Defendant WELLS FARGO BANK, N.A.

## **ORDER**

Pursuant to the joint motion of plaintiff Roberto Dancil and defendant Wells Fargo Bank, N.A., and good cause appearing, the deadline for Wells Fargo to respond to Plaintiff's complaint is hereby extended to June 1, 2018. No other deadlines shall be affected by this Order.

**IT IS SO ORDERED.**

Dated: May 7, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE