Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Roberto Dancil

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| ROBERTO DANCIL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EQUIFAX, INC.; et. al.,<br><br>　　　　Defendants. | Case No.: 2:18-cv-00557-WBS-KJN<br><br>**ORDER** |

　　　Pursuant to the stipulation of the Parties, Wells Fargo is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

　　　IT IS SO ORDERED.

Dated: August 24, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE