1 Donna Woo (State Bar No. 312876)
dwoo@jonesday.com
2 JONES DAY
3161 Michelson Drive, Suite 800
3 Irvine, CA 92612.4408
Telephone: +1.949.851.3939
4 Facsimile: +1.949.553.7539

5 Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROBERTO DANCIL, <br><br> Plaintiff, <br><br> v. <br><br> Experian Information Solutions, Inc.; Equifax, Inc.; Wells Fargo Bank, N.A., and DOES 1 through 100 inclusive, <br><br> Defendants. | Case No. 2:18-cv-00557-WBS-KJN <br><br> **ORDER OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |

Having considered Plaintiff Roberto Dancil and Defendant Experian Information Solutions, Inc.'s ("Experian") Stipulation for Dismissal with Prejudice, and good cause appearing, **IT IS ORDERED** that the Stipulation is **GRANTED.**

Experian is hereby dismissed with prejudice, and there being no remaining defendants, the entire action is dismissed with prejudice. Each party shall bear his or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

**Dated: April 5, 2019**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE